**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 11, 2012

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Oved v. B&T**
      **12 CV 2112 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  The Court has scheduled an initial conference for June 13, 2010 at 10:45 a.m.  I have sent a waiver of summons to the defendant which has not been returned, and I have not heard from the defendant nor any attorney on its behalf.  Therefore, plaintiff requests that the conference be adjourned to afford the plaintiff the opportunity to secure a process server and have the defendant properly served.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein