UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
SHLOMO OVED

                12 CV 2112 (BMC)

         Plaintiff,

   -against-

B&T FINANCIAL SERVICES, LLC

         Defendant.

---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.